FILED 3 JAN '22 10:32USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MERTON GERALD BEAN, | ) Case No. 3:22-cv-00014-MC |
| Plaintiff, | ) |
| v. | ) CIVIL COMPLAINT |
| OFFICER ISSAH DUARTE; JEFFERSON COUNTY; JEFFERSON COUNTY SHERIFF'S OFFICE; MADRAS POLICE DEPARTMENT | ) --JURY DEMAND-- ) U.S.Const.Amend.7 |
| Defendant. | ) |

COMES NOW plaintiff, pro se, and alleges as follows:

## I. PARTIES

Plaintiff:

Merton Gerald Bean                    Plaintiff is pro se
EOCI#7252872
2500 Westgate
Pendleton, OR 97801

**Defendant No. 1**   Name: Issah Duarte

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**   Name: Jefferson County

Street Address: 66 SE D. Street

City, State & Zip Code: Madras, OR 97741

Telephone No.: 541-475-4451

**Defendant No. 3**   Name: Jefferson County Sheriffs' Office

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**   Name: Madras Police Department

Street Address: 125 SW E. Street

City, State & Zip Code: Madras, OR 97741-1685

Telephone No.: (541) 475-2424

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A. You are bringing suit against (*check all that apply*):

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

U.S. Const. Amend. 8 (cruel + unusual punishment, excessive force) and 14 (denial of due process and equal protection).

## III. STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

On or around 3-4-21, officer Issah Duarte assaulted me severely. I suffered a concussion, several lacerations, bruises, damaged testicles, my hair was ripped out, and I suffered nerve damage. I was sent to the hospital due to this excessive force and police brutality. I did nothing to provoke this attack and I was not under arrest at the time.

### Claim II

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_____

_____

_____

_____

_____

_____

_____

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes        ☐ No

## V. RELIEF

State <u>briefly</u> exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

I want a jury trial, and I want $10,000 in compensatory damages for my medical bills, and I want $500,000 in punitive/remedial award for suffering police brutality and excessive force.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of December, 20 21

Merton Gerald Bean
(Signature of Plaintiff)